UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANGLE, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>BOXGEAR INTERNATIONAL, LLC,<br><br>    Defendant. | Case No. 23-cv-04573-JSC<br><br>**ORDER FOLLOWING JULY 18, 2024 FURTHER CASE MANAGEMENT CONFERENCE** |

The Court ORDERS as follows:

1. On or before July 22, 2024, the parties shall submit a stipulated protective order to govern the production of confidential information.

2. On or before July 22, 2024, Plaintiff shall provide Defendant with its portion of a discovery dispute joint letter. Defendant shall provide Plaintiff with its response on or before July 25, 2024. Plaintiff shall file the joint letter by July 26, 2024.

3. On or before July 23, 2024, Plaintiff shall advise the Court in a written submission who will be representing Plaintiff at the upcoming mediation. The representative must have full authority to settle the case without consulting anyone else in the company.

4. The Court reminds the parties the fact discovery cut off is September 19, 2024. They should begin scheduling depositions in light of that deadline.

5. The Court will hold a further case management conference on August 22, 2024 at 1:30 p.m. via Zoom video. An updated joint case management conference statement is due one week in advance. The statement should document the dates of any remaining depositions.

//

1    **IT IS SO ORDERED.**

2    Dated: July 18, 2024

_____
JACQUELINE SCOTT CORLEY
United States District Judge